IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA FABEC<br>on behalf of herself and all similarly-situated consumers,<br><br>        Plaintiff,<br><br>v.<br><br>DEBT MANAGEMENT PARTNERS, LLC, and<br>CAPITAL MANAGEMENT HOLDINGS, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.:<br><br>JUDGE:<br><br><br><br>**NOTICE OF AND PETITION**<br>**FOR REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1443 and 1446, defendant Debt Management Partners, LLC ("DMP"), by and through its counsel, with consent of co-defendant Capital Management Holdings, LLC, hereby files this Notice of Petition to remove the above-entitled action from the Court of Common Pleas for Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio, Eastern Division. Removal is based on federal question jurisdiction. Plaintiff's complaint asserts claims and seeks relief based upon, *inter alia*, DMP's alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). In support of this notice, DMP asserts the following:

1. Plaintiff originally filed this case in the Court of Common Pleas for Cuyahoga County, Ohio on or about June 5, 2018, under Case No. CV 18-898852, Summons and Index No. 35568986. Pursuant to 28 U.S.C. § 1446(a), copies of the summons and complaint, all process, pleadings, and orders are attached hereto as **Exhibit A**.

2. Plaintiff's complaint alleges various claims purportedly arising out of, *inter alia*, attempts by DMP and/or co-defendant Capital Management Holdings, LLC ("Capital") to collect a debt from plaintiff and asserts claims specifically based on alleged violation of federal law, including the FDCPA and the TCPA. Because plaintiff's claims arise under the laws of the United States, namely the FDCPA and TCPA, removal of plaintiff's entire case is appropriate pursuant to 28 U.S.C. §§ 1441(a)-(c) and 1443.

3. Plaintiff's state law claims also purport to arise out of alleged unlawful attempts by DMP and Capital to collect a debt from plaintiff, individually and as a member of a purported class pursuant to Ohio Civ. R. 23. This Court has supplemental jurisdiction over any such claims pursuant to 28 U.S.C. § 1367 because said claims arise out of the same operative facts as plaintiff's federal law claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

4. Service of process upon DMP has not yet been effected pursuant to Ohio Civ. R. 4.3 (Process: out-of-state service) and DMP specifically reserves all rights relating thereto. As evidenced by the Federal Express tracking sheet, attached hereto as **Exhibit B**, DMP's counsel, Zdarsky, Sawicki & Agostinelli LLP, though not DMP's registered agent for service of process, received a Federal Express package bearing tracking number 7812 9505 6836 on June 8, 2018. Said Federal Express package enclosed plaintiff's summons and complaint and constituted the first time DMP, by and through its counsel, had notice of this lawsuit.

5. DMP is timely filing this notice of removal within thirty days after receiving, by and through its counsel, notice of plaintiff's lawsuit. 28 U.S.C. § 1446(b).

6. This Court is part of "the district and division embracing the place where" the original action was filed and is pending. *See,* 28 U.S.C. § 1441(a); 28 U.S.C. § 1446(a); 28 U.S.C. § 115(a)(2).

7. Co-defendant Capital consents to the removal of this action from the Court of Common Pleas for Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio, Eastern Division. Attached hereto as **Exhibit C** is the declaration of Daniel D'Elia, President of Capital Management, dated July 6, 2018.

8. In accordance with 28 U.S.C. §§ 1446(b) and 1446(d), DMP will promptly serve on plaintiff's counsel and file with the Court of Common Pleas in Cuyahoga County, a true and correct copy of this notice of removal. Such filing will also result in electronic service of the removal papers upon plaintiff's counsel.

9. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

10. If any question arises as to the propriety of the removal of this action, DMP requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

11. Notwithstanding this Notice of and Petition for Removal, defendants do not waive any defenses to the claims asserted in the plaintiff's summons and complaint, nor do defendants concede that plaintiff has adequately pled any claims upon which relief may be granted, either individually, or as a member of any purported class.

WHEREFORE, defendant DMP hereby removes the entire action bearing case number CV 18-898852 from the Court of Common Pleas, Cuyahoga County, Ohio, to this Court, the United States District Court for the Northern District of Ohio, Eastern Division for all further proceedings.

Respectfully submitted,

/s/ Dennis M. Coyne
DENNIS M. COYNE (0030758)
DENNIS M. COYNE CO., L.P.A.
1428 Hamilton Avenue
Cleveland, OH 44114
(216) 781-9162 (telephone)
(216) 781-9160 (facsimile)
Denniscoyne@yahoo.com


/s/ Leslie E. Wargo
LESLIE E. WARGO (0073112)
WARGO LAW, LLC
1501 North Marginal Road, Suite 182
Cleveland, OH 44114
(216) 403-3350 (telephone)
(216) 744-1816 (facsimile)
Leslie@Wargo-Law.com

Counsel for Defendant Debt Management Partners, LLC

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2018, a copy of the foregoing was filed electronically via the CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. In addition, a copy of the foregoing was sent via regular U.S. mail and electronic mail to Ronald I. Frederick, Esq., Frederick & Berler, LLC, 767 East 185th Street, Cleveland, Ohio 44119 ronf@clevelandconsumerlaw.com, counsel for Plaintiff.

/s/ Leslie E. Wargo
Leslie E. Wargo (0073112)