# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Christina Fabec,** <br> **On behalf of herself and all** <br> **Similarly-situated consumers,** <br><br>            **Plaintiff,** <br><br>    -vs- <br><br> **Debt Management Partners, LLC,** <br> **Et al.** <br><br>            **Defendant** | **Case No. 1:18cv1537** <br><br> **JUDGE PAMELA A. BARKER** <br><br> **JUDGMENT ENTRY** |

    For the reasons stated in the Memorandum Opinion and Order issued this date, Defendants' Joint Motion to Dismiss (Doc. No. 59) is GRANTED. The Motion for Sanctions filed by former counsel for Plaintiff Christina Fabec (Doc. No. 60) and the Cross Motion to Strike and for Sanctions by Defendant CMH (Doc. No. 61) are DENIED. The hearing on the parties' sanctions motions set for January 28, 2020 is cancelled. All remaining motions (Doc. Nos. 48, 51, 75, 76) are denied as moot.

    The case is hereby TERMINATED.

    **IT IS SO ORDERED.**


                                               *s/Pamela A. Barker* <br>
                                               PAMELA A. BARKER <br>
Date: December 23, 2019                     U. S. DISTRICT JUDGE